REMAND / JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANGELICA ROMAN, as an aggrieved employee, and on behalf of all other aggrieved employees under the Labor Code Private Attorneys General Act of 2004 ("PAGA"),

Plaintiff,

v.

BIOMAT USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. EDCV 26-4551-GW-ACCVx
Assigned to: Hon. George H. Wu
Dept.: 9D

**ORDER**

[State Court Complaint: June 16, 2026
State Court FAC: June 25, 2026
San Bernardino County Superior Court Case No.: CIVRS2605658]

**ORDER**

Having reviewed the Parties' stipulation and good cause appearing therefore, IT IS ORDERED as follows:

1. This action will be remanded from the United States District Court for the Central District of California to San Bernardino County Superior Court.
2. The Parties will attend early mediation where the alleged PAGA representative group of aggrieved employees will be limited solely to those who worked in a non-exempt capacity at Defendant's facility in Upland, California, in the year before Plaintiff filed her complaint with the Labor and Workforce Development Agency.
3. The Parties expressly preserve all rights and defenses if mediation is unsuccessful, including, but not limited to, Defendant's right to move to compel arbitration based on Plaintiff's signed arbitration agreement with Defendant and Plaintiff's right to oppose any such motion.

DATED: October 7, 2026

George H. Wu

HON. GEORGE H. WU,
United States District Judge